RECOURSE LAW CENTER, PC
3868 CARSON ST. #204
TORRANCE, CALIFORNIA 90503
Tel (310) 299-3900 • Fax (310) 760-4089

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUBY SUTACHAN, an individual,<br><br>        Plaintiff,<br><br>    vs.<br><br>ZIMMER, INC., a Delaware corporation; ZIMMER US, INC., a Delaware corporation; and DOES 1 through 100, inclusive,<br><br>        Defendants. | Case No. 2:16-cv-08417-R (PLAx)<br><br>**ORDER RE:  DISMISSAL OF ENTIRE ACTION WITHOUT PREJUDICE**<br><br><br>Assigned to for all purposes:<br>Honorable Manuel L. Real<br>Courtroom 880 |

Pursuant to the Stipulation of the parties, it is hereby ORDERED that:

1.    All claims in the above-captioned matter are dismissed in its entirety WITHOUT prejudice.

2.    Each party to bear its own costs.

**IT IS SO ORDERED**

Dated: June 8, 2017

_____
Honorable Manuel L. Real